**Opinion filed April 15, 2010**



## In The

# Eleventh Court of Appeals

_____

## No. 11-10-00046-CV

_____

## DONALD R. LYBRAND, Appellant

## V.

## DONNA JOHNSON WILLIAMS, INDIVIDUALLY AND AS EXECUTRIX OF THE LARUE JOHNSON ESTATE, PEGGY KLINE AND LINDA NELSON, INDIVIDUALLY, Appellees

**On Appeal from the 106th District Court**

**Dawson County, Texas**

**Trial Court Cause No. 05-02-17147**

### M E M O R A N D U M   O P I N I O N

Appellees have filed an amended motion to dismiss appeal and for sanctions. On December 9, 2009, the trial court entered a corrected order. The order does not dispose of appellees' claim for attorney's fees. In addition, the record does not show that the claims covered by the order have been severed from appellees' other claims for affirmative relief. Because the order does not dispose of all claims, it is not a final, appealable judgment. Therefore, we have no jurisdiction to consider this appeal.

Accordingly, appellees' amended motion to dismiss appeal is granted, and the appeal is dismissed. Appellees' amended motion for sanctions is overruled.

PER CURIAM

April 15, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.